UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 1:07-CR-150-01

v.

Hon. Richard Alan Enslen

BERNARD FOUNTAIN WOGOMAN,

**ORDER**

       Defendants.
_____/

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed July 17, 2007, is **APPROVED AND ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Bernard Fountain Wogoman's plea of guilty to Count One of the Indictment is accepted. Defendant Bernard Fountain Wogoman is adjudicated guilty.

3. Defendant Bernard Fountain Wogoman shall be detained pending sentencing.

                                            /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:       RICHARD ALAN ENSLEN
     August 30, 2007           SENIOR UNITED STATES DISTRICT JUDGE